AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### District of New Mexico

United States of America
v.

__PAUL ULIBARRI__
*Defendant*

Case No. 12-CR-1909 WJ

*[Filed stamp: United States District Court, District of New Mexico, 12 AUG 10 PM 2:10, CLERK-ALBUQUERQUE]*

*[Handwritten: 8961561]*

## ARREST WARRANT

To:    Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    __PAUL ULIBARRI__                     ,
who is accused of an offense or violation based on the following document filed with the court:

✔ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841(a)(1) and (b)(1)(C): Distribution of Heroin.


Date: __August 7, 2012__

   *[signature]*
   *Issuing officer's signature*

City and state:   __Albuquerque, New Mexico__         Matthew J. Dykman, Clerk of Court
                                                       *Printed name and title*

### Return

   This warrant was received on *(date)* __08/08/12__, and the person was arrested on *(date)* __08/08/12__
at *(city and state)* __Las Vegas, New Mexico__.

Date: __08/08/12__
   *[signature]*
   *Arresting officer's signature*

   B. Segotta Dusin
   *Printed name and title*